**FILED**

JUL - 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORThERN DISTRICT OF CALIFORNIA

PJH

John Good T82633
(Name of Plaintiff)
E.1. 88 PO Box 1050
(Address of Plaintiff)
SoleDAD CA 93960
SALINAS VALLEY STATE PRISON

vs.

C/O BORROSO

RN Mike BARKER

DR. Robert Bowman

(Names of Defendants)

CV 08 - 3285 PR
(Case Number)

COMPLAINT



I. Previous Lawsuits:

    A. Have you brought any other lawsuits while a prisoner: ☒ Yes ☐ No

    B. If your answer to A is yes, how many?: __2__ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

        1. Parties to this previous lawsuit:

        Plaintiff __John Good__

        Defendants __Dept of Correction__

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983        Rev'd 5/96

1

2. Court (if Federal Court, give name of District; if State Court, give name of County)
   Los Angeles Calif    Civil suit

3. Docket Number    ?

4. Name of judge to whom case was assigned    ?

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
   PENDING

6. Approximate date of filing lawsuit    6-11-08

7. Approximate date of disposition    ?

II. Exhaustion of Administrative Remedies

   A. Is there a grievance procedure available at your institution?    ☒ Yes    ☐ No

   B. Have you filed a grievance concerning the facts relating to this complaint?
                                                                        ☒ Yes    ☐ No

      If your answer is no, explain why not _____

   C. Is the grievance process completed?    ☐ Yes    ☒ No

III. Defendants

   (In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

   A. Defendant  C/O BORROSO  is employed as  CORRECTIONAL OFFICER  at  SILINAS VALLEY STATE PRISON

   B. Additional defendants  RN MIKE BARKER  REGISTERED NURSE SILINAS STATE PRISON  PO BOX 1050 SOLEDAD CA 93960

   MD ROBERT BOWMAN  DOCTOR  SILINAS VALLEY STATE PRISON PO BOX 1050 SOLEDAD CA 93960

2

COPIED AT STATE EXPENSE COPIER #00426

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

① On 3-4-08 I was housed in a upper bunk ② On 4-7-08 I fell backwards and hit my head, neck, back ③ On 4-7-08 I went into medical with symptoms I told C/O Borroso and RN Mike Barker that felt like a stroke ④ C/O Borroso told me to fill out a medical request and wait my turn like everyone else ⑤ RN Mike Barker stated it was probley a pinched nerve to hang upside down from the pull up bars it would fix it ⑥ I went to medical every day for 10 days before I seen a doctor ⑦ On the 2nd day I went into medical to see the Dr C/O Borroso said wait my turn and if I didn't like it he C/O Borroso slammed a 602 greivence on his desk and stated your the 602 king 602 it you 602 everything else and I still did not get to see the doctor

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. no cases or statutes.)

① Compensatory damages to pay for surgerys and after care because CDCR staff was negligent by putting me in an upper bunk witch caused the accedent to my injurys and pain and suffering, witch is crule and unuseall because they CDCR refuses me the surgery I need to not be in pain ② Punitive damages because the defendents acted with evil motives or intent by not letting me see the doctor for 10 days after I had the fall witch was reckless or callous indifference violateing my constitutional eigth amendment to adequate medical care

Signed this 29 day of June, 2008

_____
(Signature of Plaintiff) John Good

I declare under penalty of perjury that the foregoing is true and correct.

6-29-08
(Date)

_____
(Signature of Plaintiff) John Good

COPIED AT STATE EXPENSE
Salinas Valley State Prison
COPY

3


Facts Sheet     Attchment 1

8) SENCE CDCR HERE At Silinas Valley State PRiSON has DENighed me The SURgeRY To witch Damaged my C-spine C-5 Threw C-7 my Symptoms have grown worse

9) DR SheReR At MonteRey Community hospital of Monterey Said with the SuRgeRy it would Relive The pResure on my C-spine And it would Relive The pAin I feel

10) my pain level is Beyond a #10 in the pAin Scale

11) I feel CDCR was Responcible for putting me on A Top Bunk when in fact they Knew Ive had A Sizeure DisoRdeR fRom the 1990's

12) CDCR Has A DeliberAte INDifference To DR SheReR At The Hospital BecAuse I wAs to pARole in 70 Days

13) My Medical CoNDition is seRiouse CAuse its left me Disabled on my Right Side Face ARm, leg, Neck

14) Im unAble to sit up Right To long CAuse I See spots And Black out

15) I cAn Not stAnd BecAuse I hAve no sence of BAllance

16) Sence Ive Been here At SVSP I havent been Able To get ADequAte MedicAl CARe for my medical Needs

17) Eve ADA forms They gRant But you NeveR Recive what They gRant you

18) InmAte grevience forms 602 Dont help with The TreAtment you Need

Salinas Valley State Prison   COPY

State of California, Department of Corrections -- Institution: Salinas Valley State Prison
## INTERDISCIPLINARY PROGRESS NOTES

Original to: ☐ DMH  ☐ HRC                                 ☐ Copy  ☐ Book
                                                          ☐ Computer  ☐ Fax

Yard Called @ _____
Spoke to: _____

### RETURN FROM OFFSITE OR HOSPITAL

Returning From: ☐ NMC  ☐ SVMH  ☒ Other CHOMP        Referring PCP[SVSP]: Pajong
Reason: ☐ ER  ☐ Surgery  ☒ Inpatient  ☐ F/U
☐ Consult  ☒ Dx Test  ☐ Procedure                   Speciality Provider: CHOMP
RFS Returned: ☐ Yes  ☒ No   Completed: ☐ Yes  ☒ No  Requested Service: CVA R/O stroke
RFS Signed by Receiving Nurse: ☐ Yes  ☒ No          Inmate Advised of PCP Follow-up: ☒ Yes  ☐ No
Discharge Notes: ☒ Yes  ☐ No  incomplete            Meds Provided: ☐ Yes  ☐ No  ☒ ordered
Receiving MD: Scherer/Pajong   Time called: _____  Report Received: ☒   To Follow: ☐  incomplete needed back
Orders Rec'd: ☒ Yes  ☐ No   Faxed to Yard: ☒ Yes  ☐ No  Housing Consistent with Needs: ☐ Yes  ☒ No
                              per MD Scherer
UM Tracking Number: _____                         FOLLOW-UP WITH PCP PRIOR TO: 4/21/08

### NURSING NOTES

Date: 4/19/08  Time in: 1900  Time out: 1940        Mode of Arrival: ☐ Walk  ☒ W/C  ☐ Other
Language Spoken: ☒ English  ☐ Spanish [Translator Used]  ☐ Other [Translator Used]

Allergies: NKA   Vital Signs: T 98.3  P 70  BP 136/87  R 14  O2 Sat 99  Pain Level 0/10

**ASSESSMENT:**
A/O x 3 asking about meds renewal. Instructed he would be brought ↑ for meds. Pt concerned about C-spine will be seen by MD Bowman

**SPECIALITY FINDINGS:** ☐ Notes difficult to read  ☒ able to read notes  ☐ No findings listed
CT scan
MRI completed 4/18/08 — limited study due to pt motion
no evidence of stroke, growth, or hemorrhage
C-spine - spinal stenosis C5-C7

**SPECIALITY RECOMMENDATIONS:** ☐ F/U with Outside Provider  ☐ Labs ordered in ER
Orders received from MD Scherer
F/U 4/21/08
↑ to CTC for meds 4/20/08 AM

RN Signature: _____

RECEIVED APR 21 2008

Last Name: Good   First Name: John   MI: _____
CDC #: T-87633   DOB: _/_/_
Housing: _____   Date: 4/19/08

| DATE | TIME |
|---|---|
| 4/21/08 | |
| BP | 114/78 |
| P | 74 |
| R | 18 |
| T | 98.4 |
| Wt. | 203 |

*chart not available*

136

S) Return from hospitalization to R/O stroke. It is their (CHOMP) opinion that all of his present symptoms are residual to the incident 2 years ago. There is no indication of a new CVA. Patient states he has new weakness in (R) arm + leg, more global headache pain + more instability.

O) Unchanged from several days ago.
(L) facial weakness — mouth pulled to (R).
Weakness of grasp (R) hand.
Weakness (R) arm + leg —
Gait indicates (R) hemiparesis.

A) (R) hemiparesis secondary to CVA

P) Will provide a walking cane. new orders written by Dr. Sahne, HPC.
Will follow in clinic — Paroles in 30 days

INSTITUTION: SUSP
HOUSING UNIT: E1-77

Good, John
T82633

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS    8-2-61

STATE OF CALIFORNIA                                                                 DEPARTMENT OF CORRECTIONS

# COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS**: A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

## A. HOUSING

| | | | | |
|---|---|---|---|---|
| None | | **(Bottom Bunk)** | | **(P)/T** _____ |
| Barrier Free/Wheelchair Access | P/T _____ | Single Cell (See 128-C date: _____) | | P/T _____ |
| **(Ground Floor Cell)** | **(P)/T** _____ | Permanent OHU / CTC (circle one) | | P/T _____ |
| Continuous Powered Generator | P/T _____ | Other _____ | | P/T _____ |

## B. MEDICAL EQUIPMENT/SUPPLIES

| | | | |
|---|---|---|---|
| None | | Wheelchair: (type) _____ | P/T _____ |
| Limb Prosthesis | P/T _____ | Contact Lens(es) & Supplies | P/T _____ |
| Brace | P/T _____ | Hearing Aid | P/T _____ |
| Crutches | P/T _____ | Special Garment: | |
| **(Cane: (type))** | **(P)/T** NEED | (specify) _____ | P/T _____ |
| Walker | P/T _____ | Rx. Glasses: _____ | P/T _____ |
| Dressing/Catheter/Colostomy Supplies | P/T _____ | Cotton Bedding | P/T _____ |
| Shoe: (specify) _____ | P/T _____ | Extra Mattress | P/T _____ |
| Dialysis Peritoneal | P/T _____ | Other _____ | P/T _____ |

## C. OTHER

| | | | |
|---|---|---|---|
| **(None)** | | Therapeutic Diet: (specify) _____ | P/T _____ |
| Attendant to assist with meal access and other movement inside the institution. | P/T _____ | Communication Assistance | P/T _____ |
| Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene. | | Transport Vehicle with Lift | P/T _____ |
| | | Short Beard | P/T _____ |
| Wheelchair Accessible Table | P/T _____ | Other _____ | P/T _____ |

## D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments?  ☒ Yes   ☐ No

If yes, specify: _Weakness, R arm + leg._

| INSTITUTION | COMPLETED BY (PRINT NAME) | TITLE |
|---|---|---|
| SVSP | BOWMAN | MD |
| SIGNATURE _Robert Bowman MD_ | DATE 4/21/08 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
| HCM/CMO SIGNATURE _[signature]_ | DATE 4/22/08 | GOOD, JOHN |
| (CIRCLE ONE) **(APPROVED)** / DENIED | Copy to: Work Supervisor | T 82633 |

COMPREHENSIVE ACCOMMODATION CHRONO

CDC 7410 (03/04)

Distribution: Original - Unit Health Record    Canary - Central File    Pink - Correctional Counselor    Gold - Inmate

STATE OF CALIFORNIA                                                                                           DEPARTMENT OF CORRECTIONS

# COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS:** A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

## A. HOUSING

| | | | | |
|---|---|---|---|---|
| None | | ~~Lower Bunk~~ | | (P)/T |
| Barrier Free/Wheelchair Access | P/T | Single Cell (See 128-C date: ____ ) | P/T | |
| ~~Ground Floor Cell~~ | (P)/T | Permanent OHU / CTC (circle one) | P/T | |
| Continuous Powered Generator | P/T | Other ____ | P/T | |

## B. MEDICAL EQUIPMENT/SUPPLIES

| | | | | |
|---|---|---|---|---|
| None | | Wheelchair: (type) ____ | P/T | |
| Limb Prosthesis | P/T | Contact Lens(es) & Supplies | P/T | |
| Brace | P/T | Hearing Aid | P/T | |
| Crutches | P/T | Special Garment: | | |
| ~~Cane: (type)~~ ____ | (P)/T  NEED | (specify) ____ | P/T | |
| Walker | P/T | Rx. Glasses: | P/T | |
| Dressing/Catheter/Colostomy Supplies | P/T | Cotton Bedding | P/T | |
| Shoe: (specify) ____ | P/T | Extra Mattress | P/T | |
| Dialysis Peritoneal | P/T | Other ____ | P/T | |

## C. OTHER

| | | | |
|---|---|---|---|
| None | | Therapeutic Diet: (specify) ____ | P/T |
| Attendant to assist with meal access and other movement inside the institution. | P/T | Communication Assistance | P/T |
| Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene. | | Transport Vehicle with Lift | P/T |
| | | Short Beard  WAIST | P/T |
| Wheelchair Accessible Table | P/T | Other  RESTRAINTS | (P)/T |

## D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments?  ☒ Yes  ☐ No

If yes, specify: NO ~~PROLO~~, EXTENDED WALKING OR PROLONGED STANDING

| INSTITUTION | COMPLETED BY (PRINT NAME) | TITLE |
|---|---|---|
| SVSP | BOWMAN | MD |
| SIGNATURE  *Robert Bowman MD* | DATE  4/21/08 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
| HCM/CMO SIGNATURE | DATE | |
| (CIRCLE ONE)  APPROVED / DENIED | Copy to: work Supervisor | GOOD  T82633 |

COMPREHENSIVE ACCOMMODATION CHRONO

CDC 7410 (03/04)

Distribution:
Original - Unit Health Record   Canary - Central File   Pink - Correctional Counselor   Gold - Inmate

618941 / 310-753-272   **GOOD, JOHN C**   MP - 2333

| | |
|---|---|
| - THERAPY DIAGNOSIS (Impairment): | Activites of Daily Living, Balance, Gait, Posture/biomechanics, Range of motion, Strength, Transfer/mobility status |

## PERSONAL/FAMILY/SOCIAL HISTORY

### LIVING SITUATION
| | |
|---|---|
| CURRENT RESIDENCE: | correctional facility |

### STAIRS
| | |
|---|---|
| STAIRS: | No stairs |

### ACTIVITY HISTORY
| | |
|---|---|
| INDEPENDENT ACTIVITY: | performs ADL's independently |
| - FALL HISTORY: | 1-3 falls in last year, fell backwards from bunk |

## PATIENT ORIENTATION
| | |
|---|---|
| - ORIENTED TO: | Person  Place  Time  Situation |

## NARRATIVE
| | |
|---|---|
| - NARRATIVE: | Pt is a 46 year old male admitted on 4/17 for possible CVA and Right sided weakness. Pt has past medical history of prior CVA '05 with Right sided weakness, hypertension and Hepatitis C. Pt lives at a correctional facility and had 2 guards in the room throughout the evaluation. Today pt had ROM and sensation deficits on Right upper extremity and lower extremity. Pt was independent with bed mobility and required stand by assist with sit <-> stand transfers. Pt with complaints of slight dizziness upon standing. Pt able to take 2x5 steps forward/back with front wheeled walker and contact guard assist. Pt returned to bed with guards in room. Anticipate pt will be able to return to correctional facility upon discharge. |

## SUBJECTIVE
| | |
|---|---|
| - PATIENT STATEMENT: | "When this happened to me last time, in '05, it took me about a year before my balance was good enough to not use a cane." |

## CARDIOPULMONARY
### BLOOD PRESSURE
| | |
|---|---|
| - SITTING...SYSTOLIC: | 159 mm Hg |
| - ...DIASTOLIC: | 92 mm Hg |
| - PATIENT RESPONSE: | Dizzy, slightly increased with standing |

### OXYGEN
| | |
|---|---|
| - ...O2 PER: | Room air |
| - ...SATURATION-INITIAL (RESTING): | 97 % |
| - ...SATURATION-POST | 96 % |

Requested by: ROBLES, LUZ MARIA   19-Apr-2008 14:50   Page 4 of 9

APR 2 1 2008

ACTIVITY:
HEART RATE
- ...INITIAL (RESTING):        74 bpm

## PAIN ASSESSMENT
PAIN ASSESSMENT
- ...INTENSITY (0-10 SCALE):   did not rate
- ...FREQUENCY:                frequent
- ...LOCATION:                 RUE, RLE
PAIN GOAL/STATUS
- GOAL...INTENSITY with        0/10
  movement, work, ADLs,
  mobility and exercise:

## NEUROMUSCULAR SCREENING
MANUAL MUSCLE TEST
ASSESSMENT:                    Within functional limits except the
                               following:

C3-4, CN11 (Shoulder           5
shrug)...RIGHT:
C3-4, CN11 (Shoulder           3
shrug)...LEFT:
C5 (Deltoid)...RIGHT:          4-
C5 (Deltoid)...LEFT:           5
C5-6 (Biceps)...RIGHT:         3+
C5-6 (Biceps)...LEFT:          5
C6 (Wrist Extensors)...RIGHT:  3+
C6 (Wrist Extensors)...LEFT:   5
C7 (Wrist Flexors)...RIGHT:    3+
C7 (Wrist Flexors)...LEFT:     5
C7-8 (Triceps)...RIGHT:        3+
C7-8 (Triceps)...LEFT:         5
C8 (FDS/FDP/Thumb              3+
Extension)...RIGHT:
C8 (FDS/FDP/Thumb              5
Extension)...LEFT:
T1 (Hand                       3+
intrinsics/interossei)...RIGHT:
T1 (Hand                       5
intrinsics/interossei)...LEFT:
L1-2 (Hip Flexion)...RIGHT:    4
L1-2 (Hip Flexion)...LEFT:     5
L3 (Knee Extension)...RIGHT:   4
L3 (Knee Extension)...LEFT:    5
L4 (Ankle                      3+
Dorsiflexion)...RIGHT:
L4 (Ankle                      5
Dorsiflexion)...LEFT:
L4-5 (Ankle                    3+
Inversion)...RIGHT:
L4-5 (Ankle                    5
Inversion)...LEFT:

APR 3 1 2008

| | |
|---|---|
| L5 (Extension Hallucis Longus)...RIGHT: | 3+ |
| L5 (Extension Hallucis Longus)...LEFT: | 5 |

ROM SCREENING

| | |
|---|---|
| ASSESSMENT: | Within functional limits except the following: |
| RLE: | Pain limiting AROM |

SENSATION SCREENING

| | |
|---|---|
| ASSESSMENT: | Within functional limits except the following: |
| C4 (Lateral Neck/Supraclavicular Area)...RIGHT: | Hypothesia |
| ...LEFT: | Normal |
| C5 (Lateral Upper Arm)...RIGHT: | Hypothesia |
| ...LEFT: | Normal |
| C6 (Ventral/Lateral Lower Arm/Fingers 1,2)...RIGHT: | Hypothesia |
| ...LEFT: | Normal |
| C7 (Dorsum or Arm/Finger 3)...RIGHT: | Hypothesia |
| ...LEFT: | Normal |
| C8 (Medial Hand/Fingers 4,5)...RIGHT l-rs-sensation-kh-s: | Hypothesia |
| ...LEFT: | Normal |
| T1 (Medial/Ulnar Arm)...RIGHT: | Hypothesia |
| ...LEFT: | Normal |
| L2 (Anterior/Medial/Proximal Thighs...RIGHT: | Hypothesia |
| ...LEFT: | Normal |
| L3 (Knees/Medial Thighs/Medial LE)...RIGHT: | Hypothesia |
| ...LEFT: | Normal |
| L4 (Lateral LE/Medial-dorsum Foot/Big Toe)...RIGHT: | Hypothesia |
| ...LEFT: | Normal |
| L5 (Lateral LE/Dorsum Foot)...RIGHT: | Hypothesia |
| ...LEFT: | Normal |
| S1 (Lateral Side Foot/Posterior LE)...RIGHT: | Hypothesia |
| ...LEFT: | Normal |

PROPRIOCEPTION/COORDINATION

| | |
|---|---|
| ASSESSMENT: | Within functional limits |

### *CRANIAL NERVE SCREENING*

NERVE #3 EYE MUSCLES/MOVEMENT

| | |
|---|---|
| - RIGHT EYE/UP | Intact |
| - RIGHT EYE/MEDIAL | Intact |
| - LEFT EYE/UP | Intact |
| - LEFT EYE/MEDIAL | Intact |

NERVE #4 SUPERIOR OBLIQUE
- RIGHT EYE/DOWN and LATERAL    Intact
- LEFT EYE/DOWN and LATERAL     Intact

NERVE #5 FACIAL SENSATION
- LEFT/LIGHT TOUCH              Intact
- RIGHT/LIGHT TOUCH             Impaired

NERVE #6 LATERAL RECTUS
- RIGHT EYE/LATERAL             Intact
- LEFT EYE/LATERAL              Intact

NERVE #7 FACIAL MUSCLES
- CLOSE EYES TIGHT              Intact
- RAISE EYEBROWS                Intact
- SMILE                         Impaired
- ...                           Right
- PUFF CHEEKS                   Impaired
- ...                           Right

NERVE #11 RESISTED SHOULDER SHRUG
- RIGHT SHOULDER                Intact
- LEFT SHOULDER                 Impaired

NERVE #12 TONGUE PROTRUSION
- PROTRUSION                    Impaired
- ...                           Veers right

## BED MOBILITY

BED MOBILITY ASSIST
- ROLLING TO RIGHT:             Independent
- ROLLING TO LEFT:              Independent
- SUPINE TO SIT:                Independent
- SIT TO SUPINE:                Independent

BED MOBILITY GOAL/STATUS
- ASSIST In and out of bed      Independent
  with proper body mechanics:

## SITTING BALANCE ASSESSMENT

STATIC
UNSUPPORTED ASSESS:             Safe/Independent
UNSUPPORTED:                    2 min
SUPPORTED ASSESS:               Safe/Independent
SUPPORTED:                      5 min
independent (BERG=2 min):       Yes
independent (BERG=no hands):    No
independent (BERG=minimal       Yes
hands):
- (MODIFIED) BERG INDEPENDENT   3
  SITTING SCORE (max=4):
- SCORE ASSESSMENT:             Fair plus, requires supervision

## STANDING BALANCE ASSESSMENT

STATIC
UNSUPPORTED, EYES OPEN:         Unsteady
UNSUPPORTED:                    1 min
independent (BERG=2 min):       No

Requested by: ROBLES, LUZ       19-Apr-2008 14:50                Page 7 of 9
MARIA

APR 3 1 2008

```
UNSUPPORTED, EYES CLOSED:    Loss f balance/Need assistance
UNSUPPORTED:                 3 sec
- SCORE ASSESSMENT:          Poor, unsafe
```

## TRANSFERS
### TRANSFER ASSIST
```
- SIT TO STAND:              Stand-by Assist
- STAND TO SIT:              Stand-by Assist
```
### TRANSFERS GOAL/STATUS
```
- ASSIST from sit to stand   Independent
  and transfer to chair,
  commode, bed:
```

## GAIT TRAINING
### AMBULATION
```
- WEIGHT BEARING STATUS:     Weight bearing as tolerated
- DISTANCE (feet):           2x5 forward/back
- SURFACE TYPE:              Level
- GAIT PATTERN:              Partial Through
- GAIT TRAJECTORY:           No Deviation
- ASSISTIVE DEVICE:          Front wheeled walker
- ASSIST:                    Verbal Cues, Contact Guard
- DIRECTION:                 Forward/Backward
- GAIT DESCRIPTION:          Decreased right heel strike  Forward lean
- NUMBER OF REST STOPS:      0
```

## EDUCATION ASSESSMENT
```
- COMPREHENSION-CONCEPTS:    Good comprehension
- RESPONSIVENESS TO          Responsive
  QUESTIONS:
- MOTIVATION:                Asks questions, Willing to learn
- MEMORY:                    No deficit identified
- LEARNING BARRIERS:         No barriers identified
```

## PATIENT TEACHING
```
- PERSON(S) EDUCATED:        Patient
- TOPICS:                    Assistive device/adaptive equipment usage,
                             Behaviors that reduce condition
                             recurrence, Disease/healing process, Gait
                             training, Safety skills, Transfer skills
- METHOD/MATERIALS PROVIDED: Verbal, Skill practice
- EDUCATION OUTCOMES:        Initiated instruction, Needs reinforcement
```

## FUTURE INTERVENTION
```
- TREATMENT PLAN UPDATE:     Continue current treatment plan
```

## PLAN OF TREATMENT
```
- FREQUENCY:                 One time per day
- DURATION:                  3-5 days
- INTERVENTIONS:             Activities of Daily Living Training,
                             Assistive device training, Balance
                             training, Gait training, Range of motion,
                             Strengthening, Transfer training
```

Requested by: ROBLES, LUZ         19-Apr-2008 14:50                  Page 8 of 9
MARIA

APR 2 2008

I also filed a staff complaint against C/O Borroso on 5-26-08 for misconduct Appeal Log # SVSP 08-2845 Category 7 Then on 6-27-08 after he was aware of the 602 staff complaint against him while I was waiting in medical on the Doctor who didn't show C/O Borroso theatened me saying he felt like throwing me in the Hole Ad Seg for something someone else said C/O Borroso made everyone leave medical except me and one other person C/O Borroso tryed saying I theatened him to Sgt Gonzales on 6-27-08 at 1:45 pm and He C/O Borroso stated if I drop my staff complaint against him I would only get a 128 B Chrono put in my file instead of being charged for threating staff to witch I was not even in the other persons conversation so I withdrew my staff complaint for fear of my well being and freedom C/O Borroso stated I ought to spray you with my peper spray and stated to the fact he C/O Borroso could get away with it

CONT ⇒

~~XV CON~~

I plan to resubmit my staff complaint the day before I leave cause I'm affraid for my life and well being and for my freedom I parole July 8 2008 will submit it again 7-7-08

John Good T82633

I would like to have my staff complaint followed up on cause I feel Silinas Valley State Prison will lose it I've made the appeal office aware of my home address of and after July 8th 2008 is as follows

John Good
201 N Yucca Ave Apt H-101
Barstow CA 92311


Cetified copy
Trust
in

John Clark Good

like to ask the courts to appoint me an attorney to help me protect my Rights violated By Prison officials By makeing me wait 10 Days After I had a fall to see a prison Doctor I stated to Defendent So Borroso and Defendent RN mike Barker That I have The feeling of haveing A STROKE even After I told Both The Above Defendents. That I was not seen By the prison Doctor it still Took 10 Days Before I seen The Doctor

Today 7-1-08 Has Been 45 Days To Try And See The Doctor Ive put in 5 or 6 Request in 45 Days Twice Ive gotten into medical But No Doctor ever showed up Today my condition has gotten 5 Times worse And Both The Above Named Defendents could care less I came in Almost Normal Today I cant stand, Hardly walk And if I Turn my head side ways I Black out

John Good

6-29-08

To Court Clerk

Please take notice that I John Good T82633 am incarcerated here at Silinas Valley State Prison PO Box 1050 Soledad Calif 93960 until July 8th 2008. After July 8th 2008 my mailing address will be as follows,

John Good
201 N Yucca Ave Apt H-101
Barstow Calif 92311    mess# (760) 252 4194
or (760) 221-3136

Any and all mail after July 8 2008 please send to my Barstow CA. address

If I need to send any other forms or information please let me know I have all Doctors note, Hospital Reports, who said what the fall is documentated the Spinel Injurys are noted along with Disabilitys, the denighing me surgery cause I was 70 days to parole was documentated by the Doctors even the 10 days it took to get to Doctor is all in my medical file to witch I have copys so any thing you need as proff please let me know

Certified certificate x Trust certificate in 2nd to last page other copy stappled copy

COPY COPY

AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

__Northern__ DISTRICT OF __Calif__

John Good  CDC# T82633

v.

C/O Borroso
RN Mike Barker
MD Robert Bowman

TO: (Name and Address of Defendant)
Calif Dept of Corrections, Silinas Valley State Prison
PO Box 1050  Soledad Calif 93960

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

*Salinas Valley State Prison*

COPY

CLERK                                          DATE

BY DEPUTY CLERK



