Revised 5/96

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
JUL - 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

John Good
Plaintiff

vs. C/O Borroso
RN Mike Barker
DR Robert Bowman
Defendant

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

CV 08 E-filing 3285 PJH

CASE NUMBER: CV 08 3285 PJH

I, John Good, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated:  ☒ Yes   ☐ No (If "No" DO NOT USE THIS FORM)

   If "Yes" state the place of your incarceration. __Silinas Valley State Prison__

   Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

2. Are you currently employed?  ☐ Yes   ☒ No

   a. If the answer is "Yes" state the amount of your pay.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.
   __6-23-08  PO Box 1050 Soledad CA 93960  Silinas Valley State Prison__
   __Mr Mendez Landscapeing Education Class__

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment          ☐ Yes   ☒ No

   b. Rent payments, interest or dividends                    ☐ Yes   ☒ No

   c. Pensions, annuities or life insurance payments          ☐ Yes   ☒ No

   d. Disability or workers compensation payments             ☐ Yes   ☒ No

   e. Gifts or inheritances                                    ☐ Yes   ☒ No

   f. Any other sources                                        ☐ Yes   ☒ No

If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received **and** what you expect you will continue to receive. Please attach an additional sheet if necessary.

COPIED AT STATE EXPENSE
COPIER #00426

COPIED AT STATE EXPENSE
COPIER #00426

4. Do you have cash or checking or savings accounts?   ☐ Yes   ☒ No

If "Yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

If "Yes" describe the property and state its value. _____

6. Do you have any other assets?   ☐ Yes   ☒ No

If "Yes" list the asset(s) and state the value of each asset listed.

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I hereby authorize the agency having custody of me to collect from my trust account and forward to Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

I declare under penalty of perjury that the above information is true and correct.

__6-29-08__   _____John Good_____
DATE                SIGNATURE OF APPLICANT

CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $__∅__ on account to his/her credit at __Silinas Valley State Prison__ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $__∅__. I further certify that during the past six months the average of monthly deposits to the applicant's account was $__∅__.

(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months.)

*CDC staff would NOT sign SEE other Certificate of Trust Account*

_____   _____
DATE                 SIGNATURE OF AUTHORIZED OFFICER

*Salinas Valley State Prison*

COPIED AT STATE EXPENSE
COPIER #00426

1  PLEASE BE ADVISED
2                                                    Case Number: _____

3  IVE TRYED TO get This Signed by staff HERE At The
4  Prison To Sign This from 6-25-08 6-26-08 6-27 6-28
5  6-29 - 6-30 NO First Secound or Thrird watch officers
6  WANTED TO Sign NOR DID The Sgt of E yard here at silinas
7  Valley state prison IVE Also put This in The mail To The Trust
8  office And it has CAME BACK ON 2 Separate occasions
9  UNSIGNED They The Trust office sent me A Trust Statement
   For The last 6 months SVSP Has Delayed And Delayed And I Parole
   July 8th And want This filed Before I Parole CDC Has Atempted To
   Block my Access To   CERTIFICATE OF FUNDS soler has also Refused to
   The Courts with All The Delays) The CCI Counsoler IN Varif my Account
   Please Call To Varif my
11 Account Statement                · PRISONER'S ACCOUNT
   Thank you
12

13         I certify that attached hereto is a true and correct copy of the prisoner's trust account

14 statement showing transactions of _____ for the last six months

15 at
   SALINAS VALLEY STATE PRISON
16 ACCOUNTING DEPARTMENT
   P.O. BOX 1020                    [prisoner name]
   SOLEDAD, CA 93960-1020
17 _____ where (s)he is confined.

18         [name of institution]

19         I further certify that the average deposits each month to this prisoner's account for the

20 most recent 6-month period were $ _____ and the average balance in the prisoner's

21 account each month for the most recent 6-month period was $_____ .

22

23 Dated: _____              _____

24                                 [Authorized officer of the institution]

25

26

27

28

                                    - 5 -

```
                     CALIFORNIA DEPARTMENT OF CORRECTIONS
                        SALINAS VALLEY STATE PRISON
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: JAN. 01, 2008 THRU JUN. 17, 2008
```

ACCOUNT NUMBER : T82633                           BED/CELL NUMBER: FEB10000000008S
ACCOUNT NAME   : GOOD, JOHN CLARK                 ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                              TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                            CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 05/21/2008 | H114 | COPAY FEE, MED. | 2962DCOPAY | 5.00 |
| 06/13/2008 | H110 | COPIES HOLD | 3170 COPY | 1.60 |

                             TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 6.60 | 0.00 |

                                          CURRENT
                                          AVAILABLE
                                          BALANCE
                                          ---------
                                          6.60-

COPY

Salinas Valley State Prison   COPY