RECEIVED

JUL - 9 2008



RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6-29-08

To Court Clerk

Please Take Notice That I John Good T82633
Am Incarcerated Here At Silinas Valley state prison
PO Box 1050 Soledad Calif 93960 until
July 8th 2008 After July 8th 2008 my
mailing Address will be as Follows.

John Good
201 N Yucca Ave Apt H-101
Barstow Calif 92311   mess #(760) 252 4194
OR (760) 221-3136

3285
08-3285
PJH

Any and All mail After July 8 2008
please send To my Barstow Ca. Address
   If I need To send any other forms or
Information please let me know I have all
Doctors Note, Hospital Reports, who said what
The fall is Documentated The spinel Injurys are
Noted Along with Disabilitys, the Denighing
me surgery cause I was 70 days To parole was
Documentated by the Doctors even The 10 Days
it Took to get to Doctor is all in my medical file
To witch I have copys so Any Thing you
Need as proff please let me know

Please Take
Notice of Inclosed
Trust Statement and
Certificate Inclosed

Salinas Valley
State Prison
ORIGANAL

AD 440 (Rev. 5/85)  Summons in a Civil Action

# United States District Court

_____Northern_____ DISTRICT OF ___Calif___

John Good     CDC# T82633

## SUMMONS IN A CIVIL ACTION

V.

### CASE NUMBER:

C/O Borroso
RN Mike Barker
MD Robert Bowman

TO: (Name and Address of Defendant)
Calif Dept of Corrections, Silinas Valley state prison
PO Box 1050   Soledad Calif 93960

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Salinas Valley
State Prison

Original

_____CLERK_____                    ___DATE___

_____BY DEPUTY CLERK_____

COPIED AT STATE EXPENSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORThERN DISTRICT OF CALIFORNIA

John Good   T82633
_____
(Name of Plaintiff)
E.1. 88  PO Box 1050
_____
(Address of Plaintiff)
SolEDAD  CA  93960
_____

(Case Number)
_____

vs.

COMPLAINT

C/o BoRRoso
_____

RN mike BARkER
_____

DR. Robert . BowmAN
_____
(Names of Defendants)

I. Previous Lawsuits:

　　　A. Have you brought any other lawsuits while a prisoner:   ☒ Yes    ☐ No

　　　B. If your answer to A is yes, how many?: _____2_____   Describe the lawsuit in the space
below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper
using the same outline.)

　　　　1. Parties to this previous lawsuit:

　　　　　Plaintiff John Good _____

　　　　　Defendants Dept of CoRREctioN _____

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

1

2. Court (if Federal Court, give name of District; if State Court, give name of County)

_Los Angeles Calif    Civil Suit_

3. Docket Number _____?_____

4. Name of judge to whom case was assigned _____?_____

5. Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)
_PENDING_____

6. Approximate date of filing lawsuit _6-11-08_____

7. Approximate date of disposition _____?_____

II. Exhaustion of Administrative Remedies

   A. Is there a grievance procedure available at your institution?  ☒ Yes    ☐ No

   B. Have you filed a grievance concerning the facts relating to this complaint?
   ☒ Yes    ☐ No

   If your answer is no. explain why not ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

   C. Is the grievance process completed?    ☐ Yes    ☒ No

III. Defendants

   (In Item A below. place the full name of the defendant in the first blank. his/her official
   position in the second blank. and his/her place of employment in the third blank. Use item.
   for the names. positions and places of employment of any additional defendants.)

   A. Defendant _C/O BORROSO_____ is employed as _CORRECTIONAL_
   _OFFICER_____ at _SILINAS VALLEY STATE PRISON_

   B. Additional defendants _RN MIKE BARKER    Registered NURSE_
   _SILINAS STATE PRISON   PO BOX 1050 SOLEDAD CA 93960_

   _MD ROBERT BOWMAN    DOCTOR  SILINAS VALLEY STATE_
   _PRISON  PO BOX 1050 SOLEDAD CA 93960_

COPIED AT STATE EXPENSE
COPIER #00426

COPIED AT STATE EXPENSE
COPIER #00426

2

IV.    Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is
involved, including dates and places. Do not give any legal arguments or cite any cases or
statutes. Attach extra sheets if necessary.)

① ON 3-4-08 I WAS housed IN A UPPER BUNK ② ON 4-7-08 I Fell
BACKWARDS AND hit my head, NECK, BACK ③ ON 4-7-08 I went into
medical with symptoms I Told ℅ BORROSO AND RN MIKE BARKER that
felt like a stroke ④ ℅ BORROSO Told me To fill out a medical Request
AND WAIT my TURN like EVERYONE ELSE ⑤ RN MIKE BARKER stated it
WAS probbley A pinched NERVE To hang upside DOWN From The pull up
BARS it would Fix it ⑥ I went To medical EVERY DAY FoR 10 DAys
Before I SEEN A Doctor ⑦ on The 2ND DAy I went INTO medical to see
The DR ℅ BORROSO SAId wait my TURN AND if I DIDNT like it HE ℅
BORROSO SlAMED A 602 gREIVENCE ON his DESK AND STATED your The 602 King
602 if you 602 EVERYThing ElsE AND I STill DiD NOT gET To see
The DoctoR

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments.
no cases or statutes.)

① COMPENSATORY DAMAGES TO pAy FoR SURGERYS AND AFTER CARE BECAUSE CDCR
STAFF WAS NEGligENT By putting me IN AN UPPER BUNK witch CAUSED The
ACCIDENT To my INjURYS AND pAIN AND suffERiNg, witch is CRULE ANd
UNUSEAll bECAUSE ThEy CDCR RefUSES me The SURgERY I NEed To NOT BE
IN pAIN ② PUNITIUE DAMAGES BECAUSE The DEfEndEnTS ActEd with
EVIl MOTIVES OR INTENT By NOT lETTINg me SEE ThE DOCTOR FOR 10 DAys
AFTER I hAD The FAll witch WAS RECKLESS OR CALLOUS indiffERENCE
VIolATEing my CONSTITUTIONAl EigTH AmENdmENT TO AdEquATE MEdicAl CARE

Signed this 29 day of JUNE , 2008

_John Good_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

6-29-08
(Date)

_John Good_
(Signature of Plaintiff)

COPIED AT STATE EXPENSE

Salinas Valley State Prison

ORIGANAL

3



Cont.
Facts
Sheet

Attachment

8) SENCE CDCR HERE AT SiLiNAS VALLEY STATE PRISON has DENIGHED ME THE SURGERY TO WITCH DAMAGED MY C-SPINE C-5 THREW C-7 MY SYMPTOMS HAVE GROWN WORSE

9) DR SHERER AT MONTEREY COMMUNITY HOSPITAL OF MONTEREY SAID WITH THE SURGERY IT WOULD RELIVE THE PRESURE ON MY C-SPINE AND IT WOULD RELIVE THE PAIN I FEEL

10) MY PAIN LEVEL IS BEYOND A #10 IN THE PAIN SCALE

11) I FEEL CDCR WAS RESPONCIBLE FOR PUTTING ME ON A TOP BUNK WHEN IN FACT THEY KNEW IVE HAD A SIZEURE DISORDER FROM THE 1990'S

12) CDCR HAS A DELIBERATE INDIFFERENCE TO DR SHERER AT THE HOSPITAL BECAUSE I WAS TO PAROLE IN 70 DAYS

13) MY MEDICAL CONDITION IS SERIOUSE CAUSE ITS LEFT ME DISABLED ON MY RIGHT SIDE FACE ARM, LEG, NECK

14) IM UNABLE TO SIT UP RIGHT TO LONG CAUSE I SEE SPOTS AND BLACK OUT

15) I CAN NOT STAND BECAUSE I HAVE NO SENCE OF BALLANCE

16) SENCE IVE BEEN HERE AT SVSP I HAVENT BEEN ABLE TO GET ADEQUATE MEDICAL CARE FOR MY MEDICAL NEEDS

17) EVE ADA FORMS THEY GRANT BUT YOU NEVER RECIVE WHAT THEY GRANT YOU

18) INMATE GREVIENCE FORMS 602 DONT HELP WITH THE TREATMENT YOU NEED

Salinas Vally
State Prison

(ORIGANAL)

Revised 5/96

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

John Good

Plaintiff

vs. C/O BORROSO
RN mIKE BARKER
DR Robert BOWMAN

Defendant

**APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER**

**CASE NUMBER:**

I, John Good _____, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated:  ☒ Yes      ☐ No (If "No" DO NOT USE THIS FORM)

   If "Yes" state the place of your incarceration.  Silinas valley State prison

   **Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.**

2. Are you currently employed?      ☐ Yes      ☒ No.

   a. If the answer is "Yes" state the amount of your pay.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.
   6-23-08  PO Box 1050 Soledad CA 93960 Silinas valley State prison
   MR MENDEZ  LANDSCAPEING EDUCATION CLASS

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment        ☐ Yes    ☒ No

   b. Rent payments, interest or dividends        ☐ Yes    ☒ No

   c. Pensions, annuities or life insurance payments        ☐ Yes    ☒ No

   d. Disability or workers compensation payments        ☐ Yes    ☒ No

   e. Gifts or inheritances        ☐ Yes    ☒ No

   f. Any other sources        ☐ Yes    ☒ No



If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received and what you expect you will continue to receive. Please attach an additional sheet if necessary.

COPIED AT STATE EXPENSE
COPIED AT STATE EXPENSE

4. Do you have cash or checking or savings accounts?   ☐ Yes   ☒ No

If "Yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

If "Yes" describe the property and state its value. _____

6. Do you have any other assets?   ☐ Yes   ☒ No

If "Yes" list the asset(s) and state the value of each asset listed.

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

I declare under penalty of perjury that the above information is true and correct.

6-29-08 _____          John Skeel _____
DATE                                  SIGNATURE OF APPLICANT

## CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ ⌀ on account to his/her credit at

Silinas Valley State prison (name of institution). I further certify that during the past six months

the applicant's average monthly balance was $ ⌀ . I further certify that during the past six months the

average of monthly deposits to the applicant's account was $ ⌀ .

(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months.)

6-29-08 _____      CDC would not sign this one
DATE                            Said they send their own Certificate
                                SIGNATURE OF AUTHORIZED OFFICER ☒
                                                         Inclosed

REPORT ID: TS3030 .701

CALIFORNIA DEPARTMENT OF CORRECTIONS
SALINAS VALLEY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2008 THRU JUN. 17, 2008

ACCOUNT NUMBER : T82633
ACCOUNT NAME   : GOOD, JOHN CLARK
PRIVILEGE GROUP: A

BED/CELL NUMBER: FEB1000000000088S
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 05/21/2008 | H114 | COPAY FEE, MED. | 2962DCOPAY | 5.00 |
| 06/13/2008 | H110 | COPIES HOLD | 3170 COPY | 1.60 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 6.60 | 0.00 |

CURRENT
AVAILABLE
BALANCE
--------------
6.60-
--------------
--------------

Copy

Salinas Valley State Prison COPY

AO 440 (Rev. 5/85)   Summons in a Civil Action

# United States District Court

NORTHERN _____ DISTRICT OF _CALIF_

John Good

V.

CALIF Dept of Corrections
HEAd librAriAN
Sgt GONzAlES

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

TO: (Name and Address of Defendant)

HEAd LibrAriAN E- yARd
Sgt GONzAlES
PO. Box 1050  SolE dAd  CA 93960

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)  IN pRO pER

John Good T82633
E-1-88  PO Box 1050
SolEdAd  CA 93960

an answer to the complaint which is herewith served upon you, within _____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.

_____                    _____
CLERK                                        DATE

_____
BY DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## FORMA PAUPERIS AFFIDAVIT

I hereby apply for leave to proceed without prepayment of fees, costs, or security thereof. In support of my application, I declare under penalty of perjury that the following facts are true:

1) I am the Plaintiff, and I believe I am entitled to redress.

2) I am unable to pay the costs of said action or give security because:

I AM AN INdegent INmate I have No pay NumbeR OR No Job becAuse Im disAbled ANd hAve HAd Ø ON my book FoR 7 moNThs

3) The nature of this action is:

Civil Rights violAtioN of my FiRst, Sixth & FouRteeNth AmeNdmeNts, ACCess To lAw FoRm pRepeRAtioN, ACcess To lAw Books ANd Right To LAw LibRARy

_7-6-08_
(Date)

_John Lood_
(Signature of Petitioner)

3

at your own expense. In that event, the Marshall will not be available for service under this Court's General Order No. 17, a copy of which is attached.

You are required to furnish, so that the United States Marshall can complete service, the <u>correct name and address of each person you have named as defendant</u>.

*A Plaintiff is required to give information to the United States Marshall to enable the Marshall to complete service of the complaint upon all persons named as Defendants.*

You will note that you are required to give facts. *This complaint should not contain legal arguments or citations.*

When these forms are completed, mail the original and the copies to the Clerk of the United States District Court for the Northern District of California; 450 Golden Gate Avenue, Box 36060, San Francisco, California, 94102.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

John Clark Good

(Enter above the full name of
the Plaintiff in this action)

-v-

Calif Dept of Corrections

Head Librarian

Sgt Gonzalas

(Enter above the full name of
the Defendant or Defendants
in this action)

Case No. _____

(Complaint under the
Civil Rights Act, 42
U.S.C. §1983)

### I.   PREVIOUS LAWSUITS

A.  Have you begun other lawsuits in State or Federal Court dealing
with the same facts involved in this action or otherwise related
to your imprisonment?
Yes [ ]      No [X]

B.  If your answer to **A** is yes, describe the lawsuit in the space
below. (If there is more than one lawsuit, describe the
additional lawsuits on another piece of paper, using same
outline.)

1.  Parties to this previous lawsuit:

Plaintiffs _____

_____

4

Defendants _____

_____

2. Court (if Federal Court, name the District, if State Court, name the County):

_____

3. Docket Number: _____

4. Name of Judge to whom case was assigned:

_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. **PLACE OF PRESENT CONFINEMENT**

_Silinas valley state prison   PO Box 1050   Soledad CA 93960_

A. Is there a prisoner grievance procedure in this institution?
Yes [X]     No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes [X]     No [ ]

C. If your answer is YES,

1. What steps did you take? _Filed A 602 grevience_

_form To Appeals Coordenator_

2.  What was the result?  _pending_____

_____

D.  If your answer is NO, explain why not?  _____

_____

E.  If there is no prison grievance procedure in the institution, did you complain to prison authorities?
    Yes [ ]      No [X]

F.  If your answer is YES,

    1.  What steps did you take?  _Talked To Sgt Gonzales_
        _Lt Salizar_____

    2.  What was the result?  _NONE I NEVER got_
        _The Legal form I Asked for_____

III.  **PARTIES**

(In item **A** below, place the full name of the Defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item **B** for the names, positions and places of employment of any additional Defendants.)

A.  Defendant  _Silinas Valley State prison_  is employed as
    _Head Librarain_  at  _Silinas Valley state prison_

B.  Additional Defendants:  _Sgt Gonzales_____
    _Lt Salazar_____

    _____

    _____

6

IV.  **STATEMENT OF CLAIM**

(State here as briefly as possible the **facts** of your case. Describe
how each Defendant is involved. Include also the names of other
persons involved, dates, and places. Do not give any legal arguments
or cite any cases or statutes. If you intend to allege a number of
related claims, number and set forth each claim in a separate
paragraph. Use as much space as you need. Attach extra sheets if
necessary.)

① I been INCARCERATED here At Silinas VALLEY state prison

② IVE been doing my legal work For 3 months Now
in The prisone Library here on E-YARD

③ ON OR About 7-1-08 I went into the law library to
Finish my legal work.

④ Upon going into the libarary I WAS told The Head
LibRARIAN CAME And took All The law Books And
MOST All The legal Forms out of The library
And Threw Them in The TRASH BEN put BACK of
The Kitchen

⑤ I have other law suit work IVE been behind on

⑥ IVE been getting Alot of RetAliAtion From StAff HERE
BECAUSE I Filed A StAff ComplAint AgAINst A C/o

CONTINUE
     Attached pAge

7

Facts Sheet Continued from page ↑

⑦ They have with held my Indegent Envlope Each month sence 3-4-08

⑧ Ive had to 602 To get envlopes

⑨ They held my mail from the street that had envlope saying they lost them

⑩ Ive had my Freedom and well being Threatened By C/O Borroso And told if I didnt with draw my Staff complaint Id be put in ADD seg.

⑪ I with drew my staff complaint because of Reprisels from staff

⑫ I cant seek The Information or get legal forms I need do to The Head Staff librarian

⑬ There are no law books on this yard

⑭ I put in requests and 602 greivence forms

## V.    **RELIEF**

**(State briefly exactly what you want the Court to do for you.** Make no legal arguments. Cite no cases or statutes.)

Compensatory damage in The Sum of $10,000.⁰⁰
Punitive damages To Punish All Those involved
Injunction Against CDC Staff in Control of
The Law Library

Signed this ___7___ day of __July_____, ~~19~~ 2008

_____John Good_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

_7 - 7 - 2008_          _____John Good_____
(Date)                        (Signature of Plaintiff)

8

1   NAME: JoHN Good
    CDC#: T82633
2   CELL: E-1-88
    P.O. BOX 1050
3   SOLEDAD, CA  93960-1050

4   IN PROPRIA PERSONA

5

6

7

8        UNited stAtes DistRict couRt foR NoRtheRN DistRict

9                         (COURT)

10

11

12      John   Good                 )        CASE NO. _____
                                     )
13           PETITIONER              )        NOTICE OF CHANGE OF ADDRESS
     CAlif Dept of CoRRectioNs       )
14   V. HEAD LibRARiAN               )
        Sgt GoNZAlEs                 )
15                                   )
                                     )
16           RESPONDENT              )
                                     )
17   _____   )

18

19            TO THE CLERK OF THE ABOVE-ENTITLED COURT:

20        NOTICE IS HEREBY GIVEN, that the above-named petitioner,

21      John   Good            _____, has changed his address of

22   record to:  NAME: _John  Good_____

23                    201 N yuccA AVE Apt H-101

24                    BARStow Calif

25                            92311

26        Respectfully submitted,

27      7-5-08                   John Good

28            DATE                  PETITIONER (Signature)

*THIS FORM MUST BE KEPT CONFIDENTIAL*

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| John Good T 82633 E.1.88 PO Box 1050 Soledad CA 93960 | | |

ATTORNEY FOR *(Name):* IN PRO PER

NAME OF COURT: U.S. COURT HOUSE
STREET ADDRESS: 450 Golden Gate Ave Box 36060
MAILING ADDRESS:
CITY AND ZIP CODE: SAN FRANCISCO CA 94102
BRANCH NAME: Civil Rights Division

PLAINTIFF or PETITIONER: John Good

DEFENDANT or RESPONDENT:
Head Librarian / Sgt Gonzales Calif Dept of Corrections

| **APPLICATION FOR WAIVER OF COURT FEES AND COSTS** | CASE NUMBER: |
|---|---|

I request a court order so that I do not have to pay court fees and costs.

1. My address and date of birth are *(specify):* ADDRESS PO Box 1050 Soledad CA 93960 E.1.88
Birthdate 8-2-61

2. ☐ I am receiving financial assistance under one or more of the following programs:
   a. ☐ **SSI and SSP:** The Supplemental Security Income and State Supplemental Payments Programs
   b. ☐ **AFDC:** The Aid to Families with Dependent Children Program
   c. ☐ **Food Stamps:** The Food Stamps Program
   d. ☐ **County Relief, General Relief (G.R.) or General Assistance (G.A.)**

*[If you checked box 2 above, sign at the bottom of this side and DO NOT fill out the rest of the form.]*

3. ☒ My gross monthly income is less than the amount shown on the Information Sheet on Waiver of Court Fees and Costs available from the clerk's office.

*[If you checked box 3 above, skip 4, complete 5 and 6 on the back of this form, and sign at the bottom of this side.]*

4. ☐ My income is not enough to pay for the common necessaries of life for me and the people in my family I support and also pay court fees and costs. *(If you checked this box you must complete the back of this form.)*

**WARNING: You must immediately tell the court if you become able to pay court fees or costs during this action. For the next three (3) years you may be ordered to appear in court and answer questions about your ability to pay court fees or costs.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 7-6-08

John Good
*(TYPE OR PRINT NAME)*

John Good T82637
*(SIGNATURE)*

**APPLICATION FOR WAIVER OF COURT FEES AND COSTS
(In Forma Pauperis)**

Gov. Code,
§ 68511.3

## FINANCIAL INFORMATION

5. ☐ My pay changes considerably from month to month. *[If you check this box, each of the amounts reported in 6 should be your average for the past 12 months.]*

6. My monthly income:
   a. My gross monthly pay is: . . . . . . . . $ ⌀
   b. My payroll deductions are *(specify purpose and amount)*:
      (1) _____ $ ⌀
      (2) _____ $ ⌀
      (3) _____ $ ⌀
      (4) _____ $ ⌀
      My TOTAL payroll deduction amount is: $ ⌀
   c. My monthly take-home pay is *(a. minus b.)*: . . . . . . . . . . . . . . . . $ ⌀

   d. Other money I get each month is *(specify source and amount)*:
      (1) _____ $ ⌀
      (2) _____ $ ⌀
      The TOTAL amount of other money is: $ ⌀
   e. MY TOTAL MONTHLY INCOME IS *(c. plus d.)*: . . . . . . . . . . . . . . . . . $ ⌀
   f. The number of people in my family, including me, supported by this money is: ⌀

7. a. ☒ I am *not* able to pay any of the court fees and costs.
   b. ☐ I am able to pay *only* the following court fees and costs *(specify)*:

8. My monthly expenses are:
   a. Rent or house payment & maintenance $ ⌀
   b. Food and household supplies . . . . . . $ ⌀
   c. Utilities and telephone . . . . . . . . . . $ ⌀
   d. Clothing . . . . . . . . . . . . . . . . . . . $ ⌀
   e. Laundry and cleaning . . . . . . . . . . . $ ⌀
   f. Medical and dental payments . . . . . . $ ⌀
   g. Insurance (life, health, accident, etc.) $ ⌀
   h. School, child care . . . . . . . . . . . . . $ ⌀
   i. Child, spousal support (prior marriage) $ ⌀
   j. Transportation and auto expenses (insurance, gas, repair) . . . . . . . . . . $ ⌀
   k. Installment payments *(specify purpose and amount)*:
      (1) _____ $ ⌀
      (2) _____ $ ⌀
      (3) _____ $ ⌀
      The TOTAL amount of monthly installment payments is: . . . . . . . . $ ⌀

   l. Amounts deducted due to wage assignments and earnings withholding orders $ ⌀
   m. Other expenses *(specify)*
      (1) _____ $ ⌀
      (2) _____ $ ⌀
      (3) _____ $ ⌀
      (4) _____ $ ⌀
      (5) _____ $ ⌀
      (6) _____ $ ⌀
      The TOTAL amount of other monthly expenses is: . . . . . . . . . . . . . . . . $ ⌀

   n. MY TOTAL MONTHLY EXPENSES ARE *(add a. through m.)*: . . . . . . . . . . . $ ⌀

9. I own the following property:
   a. Cash . . . . . . . . . . . . . . . . . . . . . . $ ⌀
   b. Checking, savings and credit union accounts *(list banks)*:
      (1) _____ $ ⌀
      (2) _____ $ ⌀
      (3) _____ $ ⌀
   c. Cars, other vehicles and boat equity *(list make, year of each)*:
      (1) _____ $ ⌀
      (2) _____ $ ⌀
      (3) _____ $ ⌀
   d. Real estate equity . . . . . . . . . . . . . $ ⌀

   e. Other personal property — jewelry, furniture, furs, stocks, bonds, etc. *(list separately)*:

      $ ⌀

10. Other facts which support this application are *(describe unusual medical needs, expenses for recent family emergencies, or other unusual expenses to help the judge understand your budget)*. If more space is needed, attach page labeled attachment 10.

**WARNING:** You must immediately tell the court if you become able to pay court fees or costs during this action. For the next three (3) years you may be ordered to appear in court and answer questions about your ability to pay court fees or costs.

- **THERAPY DIAGNOSIS**          Activites of Daily Living, Balance, Gait,
  **(Impairment):**             Posture/biomechanics, Range of motion,
                                Strength, Transfer/mobility status

## *PERSONAL/FAMILY/SOCIAL HISTORY*
LIVING SITUATION
**CURRENT RESIDENCE:**           correctional facility
STAIRS
**STAIRS:**                      No stairs
ACTIVITY HISTORY
**INDEPENDENT ACTIVITY:**        performs ADL's independently
**- FALL HISTORY:**              1-3 falls in last year, fell backwards
                                 from bunk

## *PATIENT ORIENTATION*
**- ORIENTED TO:**               Person   Place   Time   Situation

## *NARRATIVE*
**- NARRATIVE:**                 Pt is a 46 year old male admitted on 4/17
                                 for possible CVA and Right sided weakness.
                                 Pt has past medical history of prior CVA
                                 '05 with Right sided weakness,
                                 hypertension and Hepatitis C. Pt lives at
                                 a correctional facility and had 2 guards
                                 in the room throughout the evaluation.
                                 Today pt had ROM and sensation deficits on
                                 Right upper extremity and lower extremity.
                                 Pt was independent with bed mobility and
                                 required stand by assist with sit <->
                                 stand transfers. Pt with complaints of
                                 slight dizziness upon standing. Pt able to
                                 take 2x5 steps forward/back with front
                                 wheeled walker and contact guard assist.
                                 Pt returned to bed with guards in room.
                                 Anticipate pt will be able to return to
                                 correctional facility upon discharge.

## *SUBJECTIVE*
**- PATIENT STATEMENT:**         "When this happened to me last time, in
                                 '05, it took me about a year before my
                                 balance was good enough to not use a
                                 cane."

## *CARDIOPULMONARY*
BLOOD PRESSURE
**- SITTING...SYSTOLIC:**        159 mm Hg
**- ...DIASTOLIC:**              92 mm Hg
**- PATIENT RESPONSE:**          Dizzy, slightly increased with standing
OXYGEN
**- ...O2 PER:**                 Room air
**- ...SATURATION-INITIAL**      97 %
  **(RESTING):**
**- ...SATURATION-POST**         96 %

# Community Hospital of the Monterey Peninsula

Name
**GOOD, JOHN**

MR Number
**618941**

Location
**MP 2333**

Account Number
**310753272**

Admission Date
**04/17/2008**

---

## HISTORY & PHYSICAL

Page 1

### DICTATED BY: YOUJONG KO, M.D.

INTERVAL HISTORY: The patient has no primary care. He is currently at Salinas correctional facility and receives medical care there.

CHIEF COMPLAINT: Headache and right-sided weakness for 10 days.

HISTORY OF PRESENT ILLNESS: This 46-year-old male with a history of a prior stroke reports that, more than 10 days ago, he began feeling a diffuse headache, as well as neck pain. He states the headache radiates down his neck, down his shoulders, especially radiating down the right side of his body, as well as associated chest pain. He states that on the first and second day he noticed this pain, and he then began having right-sided weakness and numbness associated. The chest pain has resolved. He has not had any further for the past eight days. His headache has been on and off over the past 10 days, but was the worst on the first day, when he began having the headache. He also notes he had difficulty with speech, with some slurring at that time, and that has had some improvement. He states his weakness progressed, and four days ago it had been at its worst, but since that time he has noted some mild improvement.

He states that, when he had his stroke in 2005, he also had similar symptoms of headache and chest pain initially, which led to pain that radiated to his neck and into the right side of his body, and then he began having weakness on the right side with numbness. He states he was in a correctional facility in Chico during that time, and they transferred him to a hospital locally. He states that they told him he had a blood clot in his right arm, which led to the stroke. He states he was on some IV blood thinner for one week, and then afterwards he states he took aspirin. I asked if he was on any other form of anticoagulation besides aspirin when he left the hospital, and he states, as far as he knows, he was on only aspirin. All of the history is obtained from the patient.

He states that, from his stroke in 2005, he has had residual numbness in his right hand and right foot. He is right-handed. He also occasionally has times where he cannot feel soft objects in his right hand because of the numbness. He states there is some mild weakness in the right hand, which was residual from the stroke in 2005. He states the symptoms that he began having 10 days ago, of the right-sided weakness and numbness, were very similar to his prior stroke and that he was having difficulty with walking, carrying things, and feeding himself because of the weakness.

He states that overall the weakness has had some improvement over the past four days. The numbness is about the same. His speech has improved to a small degree. His headache is present but improved from the initial headache 10 days ago. He is not short of breath. He is not having any fevers, chills or coughing. No nausea or vomiting, and no difficulty with swallowing. He is taking all his medications and eating. He is not lightheaded or dizzy. He states he had some difficulty with

ORIGINAL

State of California, Department of Corrections. – Institution: Salinas Valley State Prison
## INTERDISCIPLINARY PROGRESS NOTES

Original to: ☐ DMH ☐ HRC

Copy ☐    Book ☐
Computer ☐    Fax ☐

Yard Called @
Spoke to

## RETURN FROM OFFSITE OR HOSPITAL

Returning From: ☐ NMC ☐ SVMH ☑ Other CHOMP    Referring PCP[SVSP]: Pajong
Reason: ☐ ER ☐ Surgery ☑ Inpatient ☐ F/U
☐ Consult ☑ Dx Test ☐ Procedure    Speciality Provider: CHOMP
RFS Returned: ☐ Yes ☑ No  Completed: ☐ Yes ☑ No    Requested Service: eval R/o stroke
RFS Signed by Receiving Nurse: ☐ Yes ☑ No    Inmate Advised of PCP Follow-up: ☑ Yes ☐ No
Discharge Notes: ☑ Yes ☐ No incomplete    Meds Provided: ☐ Yes ☐ No ☑ ordered
Receiving MD: Scheer/Pajong  Time called:    Report Received: ☑  To Follow: ☐ incomplete  need blank
Orders Rec'd: ☑ Yes ☐ No  Faxed to Yard: ☑ Yes ☐ No  per mo Scheer   Housing Consistant with Needs: ☐ Yes ☑ No
UM Tracking Number:    FOLLOW-UP WITH PCP PRIOR TO: 4/21/08

## NURSING NOTES
Date: 4/19/08 Time in: 1900 Time out: 1945    Mode of Arrival: ☐ Walk ☑ W/C ☐ Other
Language Spoken: ☑ English ☐ Spanish [Translator Used] ☐ Other [Translator Used]

Allergies: NKDA   Vital Signs: T 98³ P 70 BP 136/83 R 14 O2 Sat 99 Pain Level 0 /10.
## ASSESSMENT:
A/Ox3 asking about meds renewal, instructed he would
be brought 4 for meds. Pt concerned about C-spine will be seen by
mo Bowman
**SPECIALITY FINDINGS:** ☐ Notes difficult to read ☑ able to read notes ☐ No findings listed
MRI/scan completed 4/18/08 — limited study due to pt motion
no evidence of stroke, growth, or hemorrhage
C-Spine - spinal stenosis C5-C7
**SPECIALITY RECOMMENDATIONS:** ☐ F/U with Outside Provider ☐ Labs ordered in ER
Orders received from mo Scherer
FU 4/21/08
↑ to ctc for meds 4/20/08 Am

RN Signature: _____

RECEIVED
APR 21 2008

| Last Name | First Name | MI |
|-----------|-----------|-----|
| Good | John | |

CDC # T 82633    DOB: / /
Housing: _____    Date: 4/19/08

INTERDISCIPLINARY PROGRESS
NOTES
7230 (Rev 04/03) State of California    Department of
Corrections

chart not available

| DATE | TIME |
|------|------|
| 4/21/08 | |
| BP | 114/78 |
| P | 74 |
| R | 18 |
| T | 98⁴ |
| Wt. | 203 |

5) Returns from hospitalization to R/O stroke. It is their (CHOMP) opinion that all of his present symptoms are residual to the incident 2 years ago. There is no indication of a new CVA. Patient states he has more weakness in R arm & leg, more global headache pain + more instability.

O) Unchanged from several days ago.
L facial weakness — mouth pulled to R.
Weakness of grasp R hand.
Weakness R arm + leg —
Gait indicates R hemiparesis.

A) R hemiparesis secondary to CVA

P) Will provide a walking cane — new orders written by Dr. Sahun, HRC.
Will follow in clinic — Parole in 70 days.

| INSTITUTION | HOUSING UNIT |
|-------------|--------------|
| SUSP | E1-77 |

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Good, John
T82633

8-2-61

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS



Legal Mail.

Hood T-82633
1-88 PO Box 1050
Salinas Valley State Prison
Soledad Ca 93960

STATE PRISON
GENERATED MAIL

Att: Civil Rights Division
To: United States District Court for
Northern District
U.S. Court House
450 Golden Gate Ave  Box 36060
San Francisco CA
94102

02 1A
0004397458
MAILED FROM ZIP CODE 93960
$ 01.34⁰
JUL 08 2008
UNITED STATES POSTAGE



7-6-08 c/o Suttson

0004397458
MAILED FROM ZIP CODE 93960

02 1A
UNITED STATES POSTAGE
PITNEY BOWES
$ '00.00°