United States District Court

For the Northern District of California

1
2
3        UNITED STATES DISTRICT COURT
4        NORTHERN DISTRICT OF CALIFORNIA
5
6
7  JOHN CLARK GOOD,                              No. C 08-3285 PJH (PR)
8                 Plaintiff,                    **ORDER NUNC PRO TUNC**
9          v.
10 Correctional Officer BORROSO; RN
   MIKE BARKER; MD ROBERT
11 BOWMAN; and CALIFORNIA
   DEPARTMENT OF CORRECTIONS,
12
                Defendants.
13 _____/
14        The order of dismissal entered on August 4, 2008, is amended nunc pro tunc to
15 substitute "Salinas Valley State Prison" for "San Quentin State Prison" on page one, line
16 fourteen.
17        **IT IS SO ORDERED.**
18 Dated:  August 5, 2008.
                                          _____
19                                          PHYLLIS J. HAMILTON
                                            United States District Judge
20
21
22
23
24
25
26
27
28 G:\PRO-SE\PJH\CR.08\GOOD3285.NUNC.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN GOOD,

         Plaintiff,

  v.

C/O BORROSO et al,

         Defendant.

Case Number: CV08-03285 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 6, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Good
201 N. Yucca Avenue
Apt. H-101
Barstow, CA 92311

Dated: August 6, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk